UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RANDY PAUL DAVIS (#581779)          DOCKET NO. 15-cv-1455; SEC. P

**VERSUS**                              **JUDGE DRELL**

**GLEN SERS**                           **MAGISTRATE JUDGE KIRK**

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DENIED AND DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 27th day of ___JULY___, 2015.

**CHIEF JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**